674

49 So.2d 925

### William G. FAULKNER v. STATE.
### 6 Div. 90.

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.

Affirmed.

48 So.2d 890

### Enoch FEAGIN v. STATE.
### 4 Div. 157.

Court of Appeals of Alabama.
Nov. 21, 1950.

Appeal from Circuit Court, Covington County; Bowen W. Simmons, Judge.

Grand larceny.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

48 So.2d 891

### Roy FISHER v. STATE.
### 8 Div. 941.

Court of Appeals of Alabama.
Aug. 22, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Drunkenness on highway.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

44 So.2d 911

### John Hunter FORBES v. STATE.
### 5 Div. 283.

Court of Appeals of Alabama.
Jan. 10, 1950.

Appeal from Circuit Court, Elmore County; Oakley W. Melton, Judge.

Assault.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

44 So.2d 911

### Irving Terrell FRANKLIN v. STATE.
### 6 Div. 728.

Court of Appeals of Alabama.
Jan. 17, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Assault to ravish.

A. A. Carmichael, Atty. Gen., and Jas. T. Hardin, Asst. Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed.

46 So.2d 861

### Cornelia FRANKLIN v. STATE.
### 5 Div. 313.

Court of Appeals of Alabama.
April 18, 1950.

Appeal from Circuit Court, Chilton County; Oakley W. Melton, Judge.

Violating prohibition law.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.